Filed 10/19/2023 3:22 PM
Lori Caraway
District Clerk
Bowie County, Texas
Cory Dukes, Deputy

CASE NO. **23C1168-005**

| | | |
|---|---|---|
| LOUIS WILLIS, | § | IN THE JUDICIAL DISTRICT |
|     Plaintiff, | § | |
| | § | |
| V. | § | \_\_\_\_ DISTRICT COURT |
| | § | |
| CRACKER BARREL OLD COUNTRY STORE, INC. | § § | |
|     Defendant. | § | BOWIE COUNTY, TEXAS |

## PLAINTIFF LOUIS WILLIS' ORIGINAL PETITION

Plaintiff LOUIS WILLIS files this Original Petition against Defendant CRACKER BARREL OLD COUNTRY STORE, INC. and shows:

### I.

### Discovery Level

1. Pursuant to Texas Rule of Civil Procedure 190.4, discovery is intended to be conducted under level 3 of Rule 190.

### II.

### Parties

2. Plaintiff LOUIS WILLIS is an individual who resides in Bowie County, Texas. The last three-digits of Plaintiff's Social Security Number are 370 and the last three-digits of his Texas Driver's License are 818.

3. Defendant Cracker Barrel Old Country Store, INC. is a Tennessee corporation. Defendant CRACKER BARREL OLD COUNTRY STORE, INC. can be served with citation and a copy of this Petition through its registered agent, CT

CORPORATION SYSTEM 1999 Bryan St., Ste. 900 Dallas, Texas 75201-3136 or wherever it may be found.

### III.

### Jurisdiction and Venue

4. Personal jurisdiction exists over Defendant because it is a company that regularly transact business in the State of Texas, they have sufficient minimum contacts with the State of Texas to give rise to general personal jurisdiction over them, and specific personal jurisdiction exists over them as this suit arises out of their contact within the State of Texas.

5. Subject matter jurisdiction exists in this Court as Plaintiff seeks relief that is within the jurisdictional limits of this court.

6. Venue is proper in Bowie County, Texas for this lawsuit pursuant to Texas Civil Practice & Remedies Code §15.002 as it is the county in which all or a substantial part of the evens or omissions giving rise to the claim occurred.

### IV.

### Factual Allegations Common to All Claims for Relief

7. It has become necessary to bring this cause of action because of the injuries and damages sustained by the Plaintiff as a result of an incident that occurred on or about May 30, 2022. On that date, Plaintiff LOUIS WILLIS was an employee of Defendant CRACKER BARREL OLD COUNTRY STORE, INC. and working

when he slipped and fell due to unsafe workplace conditions at property owned by Defendant located at 3302 St. Michael Dr. Texarkana, Texas 75503.

8. Defendant CRACKER BARREL OLD COUNTRY STORE, INC. is a "non-subscriber" under the Texas Workers' Compensation System.

## V.

### Claims for Relief

9. Paragraphs 1 through 8 above are incorporated herein by reference.

10. At all times material herein, Plaintiff LOUIS WILLIS was in the course and scope of his working relationship with Defendant CRACKER BARREL OLD COUNTRY STORE, INC.

11. Upon trial of this case, the evidence will show that Plaintiff's injury was a result of the Defendant's negligence.

12. The Defendants had a duty to use ordinary care to provide a reasonably safe workplace. The Defendants breached the duty of ordinary care by one or more of the following:

   a. In failing to ensure that its employees follow proper safety standards;

   b. In failing to maintain a safe workplace environment for their employees;

   e. In failing to warn employees of hazardous condition.

14. Plaintiff seeks to recover from Defendant CRACKER BARREL OLD COUNTRY STORE, INC. the following damages;

      a.    Medical expenses incurred in the past and any medical expenses that may, in reasonable probability, be incurred in the future;

      b.    Physical pain and suffering in the past and that may, in reasonable probability, be incurred in the future; and

      c.    Lost wages in the past and that may, in reasonable probability, be incurred in the future.

## VI.

### Jury Demand

15. Plaintiff demands a jury trial in this matter.

## VII.

### Relief Requested

16. For the foregoing reasons, Plaintiff LOUIS WILLIS requests that citation be issued and served on Defendant to compel their appearance and answer, and that upon trial of this matter, a judgment be entered in favor of Plaintiff LOUIS WILLIS and against Defendant CRACKER BARREL OLD COUNTRY STORE, INC. for Plaintiff's actual damages within the jurisdictional limits of the Court in the amount of over $250,000.00 but not more than $1,000,000.00, pre- and post-judgment interest, court costs, and any other legal and/or equitable relief to which she is entitled.

Respectfully submitted,

By: /s/ Layla Ann Benjamin

Layla Ann Benjamin
State Bar No. 24096829
A. Robert Lamb, Jr.
State Bar No. 11795453
Daniel L. Morris
State Bar No. 00795789
MLF Legal, PLLC
702 S. Beckley Ave.
Dallas, Texas 75203
Telephone: (214) 357-1782
Fax: (888) 764-7677
Email: lbenjamin@mlflegal.com
Email: rlamb@mlflegal.com
Email: dmorris@mlflegal.com

**ATTORNEYS LOUIS WILLIS**