## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **LOUIS WILLIS** | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | Civil Action No: 5:23-CV-00135-RWS |
| | § | |
| **CRACKER BARREL OLD COUNTRY** | § | |
| **STORE, INC.** | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal with Prejudice. Docket No. 23. In the joint stipulation, the parties stipulate that any and all claims by and between the parties be dismissed with prejudice and the parties shall bear their own costs and expenses. *Id.* The Court, having reviewed the joint stipulation finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the stipulated dismissal is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorney's fees. It is further,

**ORDERED** that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 24th day of September, 2024.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE